**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In re: MONTALBANO, RENEE           §   Case No. 17-15418-ABG
                                   §
                                   §
                                   §
Debtor(s)                          §

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on May 18, 2017. The undersigned trustee was appointed on May 18, 2017.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of          $          69,999.55

   Funds were disbursed in the following amounts:
   Payments made under an
     interim distribution                                          0.00
   Administrative expenses                                     7,793.31
   Bank service fees                                           1,195.19
   Other payments to creditors                                    0.00
   Non-estate funds paid to 3rd Parties                           0.00
   Exemptions paid to the debtor                                  0.00
   Other payments to the debtor                                   0.00

   Leaving a balance on hand of[1]           $          61,011.05

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 11/24/2017 and the deadline for filing governmental claims was 11/14/2017. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $6,749.98. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $6,749.98, for a total compensation of $6,749.98.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 01/01/2019            By: /s/ILENE F. GOLDSTEIN
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 17-15418-ABG  
**Case Name:** MONTALBANO, RENEE  

**Period Ending:** 01/01/19

**Trustee:** (330290) ILENE F. GOLDSTEIN  
**Filed (f) or Converted (c):** 05/18/17 (f)  
**§341(a) Meeting Date:** 07/13/17  
**Claims Bar Date:** 11/24/17

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 6426 Andover Drive, Gurnee, IL 60031-0000, Lake<br>Imported from original petition Doc# 10 | 315,000.00 | 63,173.19 | | 35,000.00 | FA |
| 2 | Cash<br>Imported from original petition Doc# 10 | 27.00 | 0.00 | | 0.00 | FA |
| 3 | Checking: US Bank (account ending in 6003)<br>Imported from original petition Doc# 10 | 13,115.10 | 9,142.10 | | 14,252.10 | FA |
| 4 | Kitchen Table and Chairs ($500); Dining Table an<br>Imported from original petition Doc# 10 (See Footnote) | 5,915.00 | 5,915.00 | | 5,000.00 | FA |
| 5 | TV ($150); Printer ($25); TV ($50); TV ($100)<br>Imported from original petition Doc# 10 | 325.00 | 325.00 | | 0.00 | FA |
| 6 | Miscellaneous Clothing (previous outfits from wo<br>Imported from original petition Doc# 10 | 3,000.00 | 0.00 | | 0.00 | FA |
| 7 | Miscellaneous Jewelry<br>Imported from original petition Doc# 10 | 1,000.00 | 0.00 | | 0.00 | FA |
| 8 | Int. in Ins. policies: Blue Cross / Blue Shield<br>Imported from original petition Doc# 10 | 0.00 | 0.00 | | 0.00 | FA |
| 9 | 401 (k): T. Rowe Price (value as of 3/31/2017)<br>Imported from original petition Doc# 10 | 102,945.09 | 0.00 | | 0.00 | FA |
| 10 | 50% Partner in T-REN-D, LLC d/b/a The Salon Prof<br>Imported from original petition Doc# 10 (See Footnote) | Unknown | 250,000.00 | | 12,000.00 | FA |
| 11 | 2017 Federal refund<br>Imported from original petition Doc# 10 | 454.00 | 454.00 | | 0.00 | FA |
| 12 | Possible claims against Tiffany Schlaeger, the o<br>Imported from original petition Doc# 10 (See Footnote) | Unknown | 0.00 | | 0.00 | FA |
| 13 | Possible claims against Diane Schlecht<br>Imported from original petition Doc# 10 (See Footnote) | Unknown | 0.00 | | 0.00 | FA |
| 14 | Pending insurance claim for rear-end collision<br>Imported from original petition Doc# 10 (See Footnote) | Unknown | 0.00 | | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 17-15418-ABG  **Trustee:** (330290) ILENE F. GOLDSTEIN
**Case Name:** MONTALBANO, RENEE  **Filed (f) or Converted (c):** 05/18/17 (f)
 **§341(a) Meeting Date:** 07/13/17
**Period Ending:** 01/01/19  **Claims Bar Date:** 11/24/17

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 15 | 2006 Nissan Murano, 18,500 miles, Vehicle was in Imported from original petition Doc# 10 (See Footnote) | 30,000.00 | 0.00 | | 0.00 | FA |
| 16 | 916 Abington Court Gurnee Escrow (u) | Unknown | 3,000.00 | | 3,747.45 | FA |
| 16 | **Assets**  **Totals** (Excluding unknown values) | **$471,781.19** | **$332,009.29** | | **$69,999.55** | **$0.00** |

RE PROP# 4  These assets were part of a package sale of an unallocated sale for $40,000.00
RE PROP# 10  This asset was resolved by assigning it to the creitor Diane Schlect a claimant of over $450,000.00.
  This was done pursurt to Court Order docket entry numbers 45;49
RE PROP# 12  Trustee values this claim at 0  The Trustee collected funds for other assets in the LLC
RE PROP# 13  Trustee values this claim at 0.  Further see the note for asset #10
RE PROP# 14  There is no value as there is a lien of over $40,000.00 and any collection would hve to go for
  repair or to the lien holder.
RE PROP# 15  See note for asset #14

**Major Activities Affecting Case Closing:**

  STATUS: JANUARY 2018  The Trustee has liquidated the equity interest in the Debtor's home . She has collected distributions from an interest in an LLC.  She is resolving the claim of the largest creditor

**Initial Projected Date Of Final Report (TFR):**  March 31, 2019  **Current Projected Date Of Final Report (TFR):**  December 31, 2018

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 17-15418-ABG | | Trustee: | ILENE F. GOLDSTEIN (330290) |
|---|---|---|---|---|
| Case Name: | MONTALBANO, RENEE | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******7166 - Checking Account |
| Taxpayer ID #: | **-***3518 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 01/01/19 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 07/16/17 | {3} | Renee Montalbano | Personal Property cash Assets | 1129-000 | 9,142.00 | | 9,142.00 |
| 07/16/17 | {3} | Renee Montalbano | Personal Property Cash Asset | 1129-000 | 5,110.00 | | 14,252.00 |
| 07/20/17 | {3} | Renee Montablan | Adjustment of .10 | 1129-000 | 0.10 | | 14,252.10 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 14,242.10 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 22.53 | 14,219.57 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.76 | 14,199.81 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.78 | 14,178.03 |
| 11/02/17 | {10} | The Salon Professional Academy | Dividend payment on LLC Interest | 1129-000 | 12,000.00 | | 26,178.03 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 35.92 | 26,142.11 |
| 12/07/17 | | Jeane Reinbold C/F/A | Sale of Assets | | 40,000.00 | | 66,142.11 |
| | {1} | | Sale of equity in residence    35,000.00 | 1110-000 | | | 66,142.11 |
| | {4} | | Sale of personal property    5,000.00 | 1129-000 | | | 66,142.11 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 70.86 | 66,071.25 |
| 01/01/18 | {16} | Renee Montalbano | Proceeds from sale of real estate | 1210-000 | 3,747.45 | | 69,818.70 |
| 01/30/18 | {16} | Renee Montalbano | NSF reversal | 1210-000 | -3,747.45 | | 66,071.25 |
| 01/31/18 | {16} | Renee Monyalbano | Repacement Check for NSF Check on sale of interest back in real estate | 1210-000 | 3,747.45 | | 69,818.70 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 105.61 | 69,713.09 |
| 02/23/18 | 101 | Inrternational Sureties, Ltd | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 02/23/2018 FOR CASE #17-15418 | 2300-000 | | 21.78 | 69,691.31 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 93.40 | 69,597.91 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 100.10 | 69,497.81 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 96.62 | 69,401.19 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 109.81 | 69,291.38 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 96.34 | 69,195.04 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 106.16 | 69,088.88 |
| 08/30/18 | 102 | Wisconsin Department of Revenue | Bankruptcy Estate Income Tax | 2820-000 | | 2,831.00 | 66,257.88 |
| 08/30/18 | 103 | United States Treasury | Bankruptcty Estate Income Tax | 2810-000 | | 4,600.00 | 61,657.88 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 102.68 | 61,555.20 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 49.40 | 61,505.80 |
| 10/07/18 | 104 | Wisconsin Department of Revenue | Income Tax | 2820-000 | | 130.24 | 61,375.56 |
| 10/19/18 | 105 | United States Treasury | Income taxes | 2810-000 | | 210.29 | 61,165.27 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 55.49 | 61,109.78 |
| 11/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 50.22 | 61,059.56 |
| 12/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 48.51 | 61,011.05 |

Subtotals :     $69,999.55     $8,988.50

{} Asset reference(s)     Printed: 01/01/2019 02:34 PM     V.14.14

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 17-15418-ABG  
**Case Name:** MONTALBANO, RENEE

**Taxpayer ID #:** **-***3518  
**Period Ending:** 01/01/19

**Trustee:** ILENE F. GOLDSTEIN (330290)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******7166 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 69,999.55 | 8,988.50 | $61,011.05 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 69,999.55 | 8,988.50 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$69,999.55** | **$8,988.50** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******7166** | 69,999.55 | 8,988.50 | 61,011.05 |
| | $69,999.55 | $8,988.50 | $61,011.05 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** November 24, 2017

**Case Number:** 17-15418-ABG  
**Debtor Name:** MONTALBANO, RENEE

Page: 1

**Date:** January 1, 2019  
**Time:** 02:34:29 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 | ILENE F. GOLDSTEIN<br>900 Skokie Blvd<br>Suite 128<br>Northbrook, IL 60062 | Admin Ch. 7 | | $6,749.98 | $0.00 | 6,749.98 |
| 200 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED<br>900 Skokie Blvd<br>Suite 128<br>Northbrook, IL 60062 | Admin Ch. 7 | | $12,145.00 | $0.00 | 12,145.00 |
| 200 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED<br>900 Skokie Blvd<br>Suite 128<br>Northbrook, IL 60062 | Admin Ch. 7 | | $162.02 | $0.00 | 162.02 |
| 200 | PBG Financial Services Inc<br>666 Dunde Road<br>Suite 401<br>Northbrook, IL 60062 | Admin Ch. 7 | | $1,992.50 | $0.00 | 1,992.50 |
| 1<br>610 | PYOD, LLC its successors and assigns as assignee<br>of Citibank, N.A.<br>Resurgent Capital Services,PO Box 19008<br>Greenville, SC 29602 | Unsecured | History: Details1-108/22/2017Claim #1 filed by PYOD, LLC its successors and assigns as assignee, Amount claimed: $20980.57 (Lamb, David )<br>--------------------------------------------------------------------------------* * * | $20,980.57 | $0.00 | 20,980.57 |
| 2<br>610 | PYOD, LLC its successors and assigns as assignee<br>of Citibank, N.A.<br>Resurgent Capital Services,PO Box 19008<br>Greenville, SC 29602 | Unsecured | History: Details2-108/22/2017Claim #2 filed by PYOD, LLC its successors and assigns as assignee, Amount claimed: $4573.70 (Lamb, David )<br>--------------------------------------------------------------------------------* * * | $4,573.70 | $0.00 | 4,573.70 |
| 4<br>610 | U.S. Bank National Association<br>Bankruptcy Department<br>PO Box 108<br>St. Louis, MO 63166-0108 | Unsecured | History: Details4-110/27/2017Claim #4 filed by U.S. Bank National Association, Amount claimed: $2500.00 (Blum, Jacqueline )<br>--------------------------------------------------------------------------------* * * | $2,500.00 | $0.00 | 2,500.00 |
| 5<br>610 | Pluymert MacDonald Hargrove & Lee<br>2300 Barrington Road, Suite 220<br>Hoffman Estates, IL 60169 | Unsecured | History: Details5-111/17/2017Claim #5 filed by Pluymert MacDonald Hargrove & Lee, Amount claimed: $8666.92 (Selbka, Joseph )<br>--------------------------------------------------------------------------------* * * | $8,666.92 | $0.00 | 8,666.92 |
| 3<br>630 | Diane Schlecht<br>c/o James T. Magee<br>444 North Cedar Lake Road<br>Round Lake, IL 60073 | Unsecured | History: Details3-110/23/2017Claim #3 filed by Diane Schlecht, Amount claimed: $459376.50 (Magee, James ) This claim is subordinated pursuant to n agreement aprroved by the Bankrupcy Court as Doket Entries 45;49<br>--------------------------------------------------------------------------------* * * | $459,376.50 | $0.00 | 459,376.50 |

# E X H I B I T  C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** November 24, 2017

**Case Number:** 17-15418-ABG  
**Debtor Name:** MONTALBANO, RENEE

Page: 2

**Date:** January 1, 2019  
**Time:** 02:34:29 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| **<< Totals >>** | | | | 517,147.19 | 0.00 | 517,147.19 |

**TRUSTEE'S PROPOSED DISTRIBUTION**  Exhibit D

Case No.: 17-15418-ABG
Case Name: MONTALBANO, RENEE
Trustee Name: ILENE F. GOLDSTEIN

**Balance on hand:** $ 61,011.05

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 61,011.05

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - ILENE F. GOLDSTEIN | 6,749.98 | 0.00 | 6,749.98 |
| Attorney for Trustee, Fees - LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 12,145.00 | 0.00 | 12,145.00 |
| Attorney for Trustee, Expenses - LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 162.02 | 0.00 | 162.02 |
| Accountant for Trustee, Fees - PBG Financial Services Inc | 1,992.50 | 0.00 | 1,992.50 |

Total to be paid for chapter 7 administration expenses: $ 21,049.50
Remaining balance: $ 39,961.55

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 39,961.55

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

| | Total to be paid for priority claims: | $ 0.00 |
|---|---|---|
| | Remaining balance: | $ 39,961.55 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 36,721.19 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | PYOD, LLC its successors and assigns as assignee | 20,980.57 | 0.00 | 20,980.57 |
| 2 | PYOD, LLC its successors and assigns as assignee | 4,573.70 | 0.00 | 4,573.70 |
| 4 | U.S. Bank National Association | 2,500.00 | 0.00 | 2,500.00 |
| 5 | Pluymert MacDonald Hargrove & Lee | 8,666.92 | 0.00 | 8,666.92 |

| | Total to be paid for timely general unsecured claims: | $ 36,721.19 |
|---|---|---|
| | Remaining balance: | $ 3,240.36 |

**UST Form 101-7-TFR (05/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  |  |  |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 3,240.36 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 459,376.50 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.7 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3 | Diane Schlecht | 459,376.50 | 0.00 | 3,240.36 |

|  |  |  |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 3,240.36 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**