UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ILLINOIS

In re: )
)
**MONTALBANO, RENEE** ) Bankruptcy Case No. 17-15418 ABG
) Chapter 7
)
Debtor(s). )

## CERTIFICATE OF SERVICE

    The undersigned certifies that on February 5, 2019 I served by prepaid first class mail a copy of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) on all parties listed below at the addresses contained therein.

    MONTALBANO, RENEE
    6426 ANDOVER DRIVE
    GURNEE, IL 60031,

    **Renee Montalbano**
    18 Via DeLuna Drive
    #501
    Gulf Breeze, FL 32561

    LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED
    900 Skokie Blvd
    Suite 128
    Northbrook, IL 60062

    PBG Financial Services Inc
    666 Dunde Road
    Suite 401
    Northbrook, IL 60062

    LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED
    900 Skokie Blvd
    Suite 128
    Northbrook, IL 60062

      ILENE F. GOLDSTEIN
      900 Skokie Blvd
      Suite 128
      Northbrook, IL 60062

1      PYOD, LLC its successors and assigns as assignee of Citibank, N.A.
      Resurgent Capital Services, PO Box 19008
      Greenville, SC 29602

2      PYOD, LLC its successors and assigns as assignee of Citibank, N.A.
      Resurgent Capital Services, PO Box 19008
      Greenville, SC 29602

3      Diane Schlecht
      c/o James T. Magee
      444 North Cedar Lake Road
      Round Lake, IL 60073

4      U.S. Bank National Association
      Bankruptcy Department
      PO Box 108
      St. Louis, MO 63166-0108

5      Pluymert MacDonald Hargrove & Lee
      2300 Barrington Road, Suite 220
      Hoffman Estates, IL 60169

/s/ ILENE F. GOLDSTEIN

Chapter 7 Trustee
ILENE F. GOLDSTEIN, Trustee
900 Skokie Blvd
Suite 128
Northbrook, IL 60062
Phone: (847) 562-9595
Fax: (847) 564-8402