# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: MONTALBANO, RENEE               §   Case No. 17-15418
                                       §
                                       §
_____    §
         Debtor(s)

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
### REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
### AND APPLICATION TO BE DISCHARGED (TDR)

ILENE F. GOLDSTEIN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $137,751.09 <br> *(without deducting any secured claims)* | Assets Exempt:  $143,345.09 |
| Total Distribution to Claimants: $39,961.55 | Claims Discharged <br> Without Payment: $456,136.14 |
| Total Expenses of Administration: $30,038.00 | |

3) Total gross receipts of $      69,999.55    (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $        0.00    (see **Exhibit 2**), yielded net receipts of  $69,999.55 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 30,038.00 | 30,038.00 | 30,038.00 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 496,097.69 | 496,097.69 | 39,961.55 |
| **TOTAL DISBURSEMENTS** | $0.00 | $526,135.69 | $526,135.69 | $69,999.55 |

4) This case was originally filed under Chapter 7 on May 18, 2017. The case was pending for 22 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/03/2019          By: /s/ILENE F. GOLDSTEIN
                                                  Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 6426 Andover Drive, Gurnee, IL 60031-0000, Lake | 1110-000 | 35,000.00 |
| Checking: US Bank (account ending in 6003) | 1129-000 | 14,252.10 |
| Kitchen Table and Chairs ($500); Dining Table an | 1129-000 | 5,000.00 |
| 50% Partner in T-REN-D, LLC d/b/a The Salon Prof | 1129-000 | 12,000.00 |
| 916 Abington Court Gurnee  Escrow | 1210-000 | 3,747.45 |
| **TOTAL GROSS RECEIPTS** | | **$69,999.55** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - ILENE F. GOLDSTEIN | 2100-000 | N/A | 6,749.98 | 6,749.98 | 6,749.98 |
| Attorney for Trustee Fees (Trustee Firm) - LAW OFFICES OF ILENE F. GOLDSTEIN, | 3110-000 | N/A | 12,145.00 | 12,145.00 | 12,145.00 |
| Attorney for Trustee Expenses (Trustee Firm) - LAW OFFICES OF ILENE F. GOLDSTEIN, | 3120-000 | N/A | 162.02 | 162.02 | 162.02 |
| Other - PBG Financial Services Inc | 3410-000 | N/A | 1,992.50 | 1,992.50 | 1,992.50 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 22.53 | 22.53 | 22.53 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 19.76 | 19.76 | 19.76 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 21.78 | 21.78 | 21.78 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 35.92 | 35.92 | 35.92 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 70.86 | 70.86 | 70.86 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 105.61 | 105.61 | 105.61 |
| Other - Inrternational Sureties, Ltd | 2300-000 | N/A | 21.78 | 21.78 | 21.78 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 93.40 | 93.40 | 93.40 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 100.10 | 100.10 | 100.10 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 96.62 | 96.62 | 96.62 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 109.81 | 109.81 | 109.81 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 96.34 | 96.34 | 96.34 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 106.16 | 106.16 | 106.16 |
| Other - Wisconsin Department of Revenue | 2820-000 | N/A | 2,831.00 | 2,831.00 | 2,831.00 |
| Other - United States Treasury | 2810-000 | N/A | 4,600.00 | 4,600.00 | 4,600.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 102.68 | 102.68 | 102.68 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 49.40 | 49.40 | 49.40 |
| Other - Wisconsin Department of Revenue | 2820-000 | N/A | 130.24 | 130.24 | 130.24 |
| Other - United States Treasury | 2810-000 | N/A | 210.29 | 210.29 | 210.29 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 55.49 | 55.49 | 55.49 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 50.22 | 50.22 | 50.22 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 48.51 | 48.51 | 48.51 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $30,038.00 | $30,038.00 | $30,038.00 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | None | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 −PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 −GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | PYOD, LLC its successors and assigns as assignee | 7100-000 | N/A | 20,980.57 | 20,980.57 | 20,980.57 |
| 2 | PYOD, LLC its successors and assigns as assignee | 7100-000 | N/A | 4,573.70 | 4,573.70 | 4,573.70 |
| 3 | Diane Schlecht | 7400-000 | N/A | 459,376.50 | 459,376.50 | 3,240.36 |
| 4 | U.S. Bank National Association | 7100-000 | N/A | 2,500.00 | 2,500.00 | 2,500.00 |
| 5 | Pluymert MacDonald Hargrove & Lee | 7100-000 | N/A | 8,666.92 | 8,666.92 | 8,666.92 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $496,097.69 | $496,097.69 | $39,961.55 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

## Form 1
### Individual Estate Property Record and Report
### Asset Cases

Page:  1

| | |
|---|---|
| **Case Number:**  17-15418 | **Trustee:**  (330290)    ILENE F. GOLDSTEIN |
| **Case Name:**    MONTALBANO, RENEE | **Filed (f) or Converted (c):**  05/18/17 (f) |
| | **§341(a) Meeting Date:**  07/13/17 |
| **Period Ending:** 04/03/19 | **Claims Bar Date:**  11/24/17 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Ref. #** | **Asset Description**<br>**(Scheduled And Unscheduled (u) Property)** | **Petition/**<br>**Unscheduled**<br>**Values** | **Estimated Net Value**<br>**(Value Determined By Trustee,**<br>**Less Liens, Exemptions,**<br>**and Other Costs)** | **Property**<br>**Abandoned**<br>**OA=§554(a)** | **Sale/Funds**<br>**Received by**<br>**the Estate** | **Asset Fully**<br>**Administered (FA)/**<br>**Gross Value of**<br>**Remaining Assets** |
| 1 | 6426 Andover Drive, Gurnee, IL 60031-0000, Lake<br>Imported from original petition Doc# 10 | 315,000.00 | 63,173.19 | | 35,000.00 | FA |
| 2 | Cash<br>Imported from original petition Doc# 10 | 27.00 | 0.00 | | 0.00 | FA |
| 3 | Checking: US Bank (account ending in 6003)<br>Imported from original petition Doc# 10 | 13,115.10 | 9,142.10 | | 14,252.10 | FA |
| 4 | Kitchen Table and Chairs ($500); Dining Table an<br>Imported from original petition Doc# 10  (See<br>Footnote) | 5,915.00 | 5,915.00 | | 5,000.00 | FA |
| 5 | TV ($150); Printer ($25); TV ($50); TV ($100)<br>Imported from original petition Doc# 10 | 325.00 | 325.00 | | 0.00 | FA |
| 6 | Miscellaneous Clothing (previous outfits from wo<br>Imported from original petition Doc# 10 | 3,000.00 | 0.00 | | 0.00 | FA |
| 7 | Miscellaneous Jewelry<br>Imported from original petition Doc# 10 | 1,000.00 | 0.00 | | 0.00 | FA |
| 8 | Int. in Ins. policies: Blue Cross / Blue Shield<br>Imported from original petition Doc# 10 | 0.00 | 0.00 | | 0.00 | FA |
| 9 | 401 (k): T. Rowe Price (value as of 3/31/2017)<br>Imported from original petition Doc# 10 | 102,945.09 | 0.00 | | 0.00 | FA |
| 10 | 50% Partner in T-REN-D, LLC d/b/a The Salon Prof<br>Imported from original petition Doc# 10  (See<br>Footnote) | Unknown | 250,000.00 | | 12,000.00 | FA |
| 11 | 2017 Federal refund<br>Imported from original petition Doc# 10 | 454.00 | 454.00 | | 0.00 | FA |
| 12 | Possible claims against Tiffany Schlaeger, the o<br>Imported from original petition Doc# 10  (See<br>Footnote) | Unknown | 0.00 | | 0.00 | FA |
| 13 | Possible claims against Diane Schlecht<br>Imported from original petition Doc# 10  (See<br>Footnote) | Unknown | 0.00 | | 0.00 | FA |
| 14 | Pending insurance claim for rear-end collision<br>Imported from original petition Doc# 10  (See<br>Footnote) | Unknown | 0.00 | | 0.00 | FA |

Exhibit 8

Page: 2

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| Case Number: 17-15418 | Trustee: (330290) ILENE F. GOLDSTEIN |
| Case Name: MONTALBANO, RENEE | Filed (f) or Converted (c): 05/18/17 (f) |
| | §341(a) Meeting Date: 07/13/17 |
| Period Ending: 04/03/19 | Claims Bar Date: 11/24/17 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 15 | 2006 Nissan Murano, 18,500 miles, Vehicle was in Imported from original petition Doc# 10  (See Footnote) | 30,000.00 | 0.00 | | 0.00 | FA |
| 16 | 916 Abington Court Gurnee  Escrow  (u) | Unknown | 3,000.00 | | 3,747.45 | FA |
| 16 | **Assets**     Totals (Excluding unknown values) | **$471,781.19** | **$332,009.29** | | **$69,999.55** | **$0.00** |

| | |
|---|---|
| RE PROP# 4 | These assets were part of a package sale of an unallocated sale for $40,000.00 |
| RE PROP# 10 | This asset was resolved by assigning it to the creditor Diane Schlect a claimant of over $450,000.00. This was done pursut to Court Order docket entry numbers 45;49 |
| RE PROP# 12 | Trustee values this claim at 0  The Trustee collected funds for other assets in the LLC |
| RE PROP# 13 | Trustee values this claim at 0.  Further see the note for asset  #10 |
| RE PROP# 14 | There is no value as there is a lien of over $40,000.00 and any collection would hve to go for repair or to the lien holder. |
| RE PROP# 15 | See note for asset #14 |

---

**Major Activities Affecting Case Closing:**

STATUS: JANUARY 2018   The Trustee has liquidated the equity interest in the Debtor's home . She has collected distributions from an interest in an LLC.  She is resolving the claim of the largest creditor

STATUS: jANUARY 2019  TFR filed 02/05/2019  Final hearing set for 03/01/2019

| | | | |
|---|---|---|---|
| Initial Projected Date Of Final Report (TFR): | March 31, 2019 | Current Projected Date Of Final Report (TFR): | January 1, 2019  (Actual) |

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case Number:** | 17-15418 | | | **Trustee:** | ILENE F. GOLDSTEIN (330290) | |
| **Case Name:** | MONTALBANO, RENEE | | | **Bank Name:** | Rabobank, N.A. | |
| | | | | **Account:** | ******7166 - Checking Account | |
| **Taxpayer ID #:** | **-***3518 | | | **Blanket Bond:** | $5,000,000.00  (per case limit) | |
| **Period Ending:** | 04/03/19 | | | **Separate Bond:** | N/A | |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br><br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/16/17 | {3} | Renee Montalbano | Personal Property cash Assets | 1129-000 | 9,142.00 | | 9,142.00 |
| 07/16/17 | {3} | Renee Montalbano | Personal Property  Cash Asset | 1129-000 | 5,110.00 | | 14,252.00 |
| 07/20/17 | {3} | Renee Montablan | Adjustment of .10 | 1129-000 | 0.10 | | 14,252.10 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 14,242.10 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 22.53 | 14,219.57 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.76 | 14,199.81 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.78 | 14,178.03 |
| 11/02/17 | {10} | The Salon Professional Academy | Dividend payment on LLC Interest | 1129-000 | 12,000.00 | | 26,178.03 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 35.92 | 26,142.11 |
| 12/07/17 | | Jeane Reinbold C/F/A | Sale of Assets | | 40,000.00 | | 66,142.11 |
| | {1} | | Sale of equity in          35,000.00<br>residence | 1110-000 | | | 66,142.11 |
| | {4} | | Sale of personal property      5,000.00 | 1129-000 | | | 66,142.11 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 70.86 | 66,071.25 |
| 01/01/18 | {16} | Renee Montalbano | Proceeds from sale of real estate | 1210-000 | 3,747.45 | | 69,818.70 |
| 01/30/18 | {16} | Renee Montalbano | NSF reversal | 1210-000 | -3,747.45 | | 66,071.25 |
| 01/31/18 | {16} | Renee Monyalbano | Repacement Check for NSF Check on sale of<br>interest back in real estate | 1210-000 | 3,747.45 | | 69,818.70 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 105.61 | 69,713.09 |
| 02/23/18 | 101 | Irrternational Sureties, Ltd | BOND PREMIUM PAYMENT ON BANK<br>BALANCE AS OF 02/23/2018 FOR CASE<br>#17-15418 | 2300-000 | | 21.78 | 69,691.31 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 93.40 | 69,597.91 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 100.10 | 69,497.81 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 96.62 | 69,401.19 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 109.81 | 69,291.38 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 96.34 | 69,195.04 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 106.16 | 69,088.88 |
| 08/30/18 | 102 | Wisconsin Department of Revenue | Bankruptcy Estate Income Tax | 2820-000 | | 2,831.00 | 66,257.88 |
| 08/30/18 | 103 | United States Treasury | Bankrupcty Estate Income Tax | 2810-000 | | 4,600.00 | 61,657.88 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 102.68 | 61,555.20 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 49.40 | 61,505.80 |
| 10/07/18 | 104 | Wisconsin Department of Revenue | Income Tax | 2820-000 | | 130.24 | 61,375.56 |
| 10/19/18 | 105 | United States Treasury | Income taxes | 2810-000 | | 210.29 | 61,165.27 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 55.49 | 61,109.78 |
| 11/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 50.22 | 61,059.56 |
| 12/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 48.51 | 61,011.05 |

Subtotals :                    $69,999.55           $8,988.50

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 17-15418 | |
| **Case Name:** MONTALBANO, RENEE | |
| **Taxpayer ID #:** **-***3518 | |
| **Period Ending:** 04/03/19 | |

| | |
|---|---|
| **Trustee:** | ILENE F. GOLDSTEIN (330290) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | ******7166 - Checking Account |
| **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/03/19 | 106 | ILENE F. GOLDSTEIN | Dividend paid 100.00% on $6,749.98, Trustee Compensation;  Reference: | 2100-000 | | 6,749.98 | 54,261.07 |
| 03/03/19 | 107 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | Dividend paid 100.00% on $12,145.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 12,145.00 | 42,116.07 |
| 03/03/19 | 108 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | Dividend paid 100.00% on $162.02, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 162.02 | 41,954.05 |
| 03/03/19 | 109 | PBG Financial Services Inc | Dividend paid 100.00% on $1,992.50, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 1,992.50 | 39,961.55 |
| 03/03/19 | 110 | PYOD, LLC its successors and assigns as assignee | Dividend paid 100.00% on $20,980.57; Claim# 1; Filed: $20,980.57; Reference: | 7100-000 | | 20,980.57 | 18,980.98 |
| 03/03/19 | 111 | PYOD, LLC its successors and assigns as assignee | Dividend paid 100.00% on $4,573.70; Claim# 2; Filed: $4,573.70; Reference: | 7100-000 | | 4,573.70 | 14,407.28 |
| 03/03/19 | 112 | U.S. Bank National Association | Dividend paid 100.00% on $2,500.00; Claim# 4; Filed: $2,500.00; Reference: | 7100-000 | | 2,500.00 | 11,907.28 |
| 03/03/19 | 113 | Pluymert MacDonald Hargrove & Lee | Dividend paid 100.00% on $8,666.92; Claim# 5; Filed: $8,666.92; Reference: | 7100-000 | | 8,666.92 | 3,240.36 |
| 03/03/19 | 114 | Diane Schlecht | Dividend paid   0.70% on $459,376.50; Claim# 3; Filed: $459,376.50; Reference: | 7400-000 | | 3,240.36 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 69,999.55 | 69,999.55 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 69,999.55 | 69,999.55 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$69,999.55** | **$69,999.55** | |

| | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ******7166** | **69,999.55** | **69,999.55** | **0.00** |
| | **$69,999.55** | **$69,999.55** | **$0.00** |